468 A.2d 853

Commonwealth v. Rickard, Appellant.

Submitted September 23, 1983. Susan Claire DeYoung, Assistant Public Defender, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Order affirmed.